No. 81–349. CHICAGO BRIDGE & IRON CO. *v.* CATERPIL-
LAR TRACTOR CO. ET AL. Sup. Ct. Ill. [Probable jurisdic-
tion noted, 454 U. S. 1029.] Motion of the Solicitor General
for leave to participate in oral argument as *amicus curiae*
and for divided argument granted. JUSTICE STEVENS took
no part in the consideration or decision of this motion.

No. 81–411. JACKSON TRANSIT AUTHORITY ET AL. *v.*
LOCAL DIVISION 1285, AMALGAMATED TRANSIT UNION,
AFL–CIO–CLC. C. A. 6th Cir. [Certiorari granted, 454
U. S. 1079.] Motions of Public Service Research Council,
National Institute of Municipal Law Officers, and American
Public Transit Association for leave to file briefs as *amici cu-
riae* granted.

No. 81–420. MARSHALL, SUPERINTENDENT, SOUTHERN
OHIO CORRECTIONAL FACILITY *v.* LONBERGER. C. A. 6th
Cir. [Certiorari granted, 454 U. S. 1141.] Motion for ap-
pointment of counsel granted, and it is ordered that John
Czarnecki, Esquire, of Toledo, Ohio, be appointed to serve as
counsel for respondent in this case.

No. 81–708. CITY OF PORT ARTHUR, TEXAS *v.* UNITED
STATES ET AL. Appeal from D. C. D. C. Motion of appel-
lees Jenkins and Douglas for leave to proceed *in forma pau-
peris* granted. Probable jurisdiction noted.

No. 81–750. FIDELITY FEDERAL SAVINGS & LOAN ASSN.
ET AL. *v.* DE LA CUESTA ET AL. Appeal from Ct. App. Cal.,
4th App. Dist. Probable jurisdiction noted. JUSTICE POW-
ELL took no part in the consideration or decision of this case.